

# THE ROSEN LAW FIRM

Jon Howard Rosen
Attorney at Law
email: jhr@jonrosenlaw.com

Keridan Cole
Legal Assistant
email: kc@jonrosenlaw.com

February 12, 2009

Honorable William C. Griesbach
United States District Judge
Eastern District of Washington
571 E. Wisconsin Avenue
Milwaukee, WI 53202

Suite 1200
Hoge Building
705 Second Avenue
Seattle, WA
98104-1798

Phone 206-652-1464
Fax 206-652-4161
E-mail laborlaw@jonrosenlaw.com
Website www.jonrosenlaw.com

Re: *Wilbur C. Trafton v. Rocketplane Kistler, et al.*
United States Eastern District of WI Case No. 08-C-0099
*Randolph H. Brinkley v. Rocketplane Kistler, et al.*
United States Eastern District of WI Case No. 08-C-0642

Dear Judge Griesbach:

In accordance with the Court's directive contained in your Order dated January 14, 2009, the parties suggest the following modifications of the discovery cutoff and dates by which dispositive motions must be filed in the above-referenced cases.

The parties propose that discovery cutoff for both cases will be April 30, 2009. The last day to file dispositive motions in the *Trafton* case will be May 29, 2009 and the final date for filing dispositive motions in the *Brinkley* case will remain at June 30, 2009. However, either party may bring dispositive motions common to both cases at any time prior to those dates.

This letter has been approved by Ms. Hooker, counsel for the defendants.

Very truly yours,

Jon Howard Rosen

JHR/kc
cc: Clients
    Kristen Hooker

Labor and Employment Law
Consulting • Negotiations • Arbitration • Mediation • Litigation