UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

WILBUR C. TRAFTON,

    Plaintiff,

v.                              Case No. 08-C-99

ROCKETPLANE KISTLER, INC., et al.,

    Defendants.

## ORDER

Plaintiff has filed a Rule 7.4 motion seeking sanctions for the Defendants' alleged discovery abuses. Defendant has objected to the form of the motion, noting that it exceeds the rule's allowed page limit. It also objects that it cannot meaningfully respond to the motion in the space and time provided by Rule 7.4. In addition, I note that although the motion is designated as a "nondispositive" motion, the relief it seeks (as a sanction) is dismissal of certain of Defendants' defenses. That is certainly dispositive. Accordingly, I will construe Defendants' response as a request to convert the motion into a standard motion not subject to the limits of Rule 7.4. Defendant may respond to the motion by May 5; Plaintiff may reply by May 19.

**SO ORDERED** this   16th   day of April, 2009.

                                                  s/ William C. Griesbach
                                                  William C. Griesbach
                                                  United States District Judge