

# THE ROSEN LAW FIRM

Jon Howard Rosen
Attorney at Law
email: jhr@jonrosenlaw.com

Keridan Cole
Legal Assistant
email: kc@jonrosenlaw.com

October 12, 2009

Suite 1200
Hoge Building
705 Second Avenue
Seattle, WA
98104-1798

Phone   206-652-1464
Fax       206-652-4161
E-mail   laborlaw@jonrosenlaw.com
Website  www.jonrosenlaw.com

Honorable William C. Griesbach
United States District Judge
Eastern District of Washington
571 E. Wisconsin Avenue
Milwaukee, WI 53202

> Re:   *Wilbur C. Trafton v. Rocketplane Kistler, et al.*
>       **United States Eastern District of WI Case No. 08-C-0099**
>       *Randolph H. Brinkley v. Rocketplane Kistler, et al.*
>       **United States Eastern District of WI Case No. 08-C-0642**

Dear Judge Griesbach:

Attached is a decision of Division II of the Washington Court of Appeals that bears on the issues raised in the Motions for Summary Judgment. This decision was issued on August 25, 2009, after the replies had already been filed.

Very truly yours,

Jon Howard Rosen

JHR/kc
Enclosure
cc:     Clients (w/encl.)
        Dawn Korver (w/encl.)

---

**Labor and Employment Law**
Consulting • Negotiations • Arbitration • Mediation • Litigation